NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

May 4, 2022

**ERRATA**

---

Appeal Nos. 2020-2232, 2020-2299, 2020-2300

**CONFEDERACION DE ASOCIACIONES AGRICOLAS DEL ESTADO DE SINALOA, A.C., CONSEJO AGRICOLA DE BAJA CALIFORNIA, A.C., ASOCIACION MEXICANA DE HORTICULTURA PROTEGIDA, A.C., ASOCIACION DE PRODUCTORES DE HORTALIZAS DEL YAQUI Y MAYO, SISTEMA PRODUCTO TOMATE,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, FLORIDA TOMATO EXCHANGE,**
*Defendants-Appellees*

---

Decided: April 14, 2022
Precedential Opinion

---

Please make the following changes:

On page 18 change the heading "A. Mootness" to "B. Mootness"

2                    CONFEDERACION DE ASOCIACIONES v. US

On page 18 change the heading "A. The Merits" to "C. The Merits"

On page 20 change the heading "II. Claims as to the Final Dumping Determination" to "III. Claims as to the Final Dumping Determination"